**2007–1838.   State ex rel. Barker v. Internatl. Truck & Engine Corp.**
Franklin App. No. 06AP–972, 2007-Ohio-4800. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2008–0031.   State ex rel. Norfolk S. Ry. Co. v. Hanna.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–1467.   State ex rel. Upton v. Indus. Com.**
Franklin App. No. 06AP–594, 2007-Ohio-3283.